# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TODD MUSE

NO. 2025 KW 0361

**JULY 14, 2025**

---

In Re:    Todd Muse, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 49507.

---

BEFORE:    **HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the State's response, if any, the pertinent district court minutes, or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date and the application shall be filed on or before October 14, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT